American Federation of State, County & Municipal Employees, AFL-CIO
125 BARCLAY STREET • NEW YORK, NY 10007-2179

**LEGAL DEPARTMENT**

Telephone: 212-815-1450
Fax: 212-815-1440

MARY J. O'CONNELL
*General Counsel*

ROBIN ROACH
*Associate General Counsel*

STEVEN E. SYKES
*Senior Assistant General Counsel*

Assistant General Counsel
Alan M. Brown
Thomas Cooke
Jesse Gribben
Dena Klein
Erica Gray-Nelson
Meaghean Murphy
Ximena Naranjo
Aaron S. Amaral
Deena S. Mikhail



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/12

**District Council 37**

September 21, 2012

APPLICATION GRANTED

SO ORDERED

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
9-24-12

**BY FACSIMILE (212) 805-6111**

Honorable Henry Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: **Robinson et al. v. City of New York, et al.**
**10 Civ. 2163 (BSJ) (HBP)**

Dear Magistrate Judge Pitman:

    I am an Assistant General Counsel in District Council 37's General Counsel's Office, attorney for Defendant District Council 37 ("DC 37") in the above-referenced case. I write on behalf of Defendant DC 37 and Gail Mulligan, as counsel for Defendant City of New York/ACS, to respectfully request a second extension of time until <u>October 4, 2012</u> to submit our respective replies to Plaintiff Lester Robinson's opposition to Defendants' motions for summary judgment.

    Defendants' replies are currently due on September 28, 2012. Plaintiff Robinson's attorney, Jan Riley, was contacted regarding the instant request by Defendant DC 37 and Defendant City/ACS, and she has consented. The reason for the second request is that counsel for Defendant City/ACS and I need additional time due to our respective case loads. Thank you for your consideration.

Respectfully submitted,

Dena Klein
Assistant General Counsel

cc:  Jan Hudgins Riley, Esq.
Attorney for Plaintiff Lester Robinson
(By E-Mail)

Joel Spivak, Esq.
Attorney for Defendant Local 371
(By E-Mail)

Gail Mulligan, Esq.
Assistant Corporation Counsel
New York City Law Department
Attorney for Defendant City/ACS
(By E-mail )

Tanya Fogle
Pro Se Plaintiff
1763 Second Avenue, #34K
New York, NY 10128
(By E-mail and Regular Mail)

Donna Wilson
Pro Se Plaintiff
145-23 232 Street
Springfield Gardens, NY 11413
(By E-mail and Regular Mail)

Jacqueline Wilson
Pro Se Plaintiff
Penthouse
186-12 Dormans Boulevard
St. Albans, NY 11412
(By E-mail and Regular Mail)